UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| CHAD FEIST,<br><br>                 Petitioner,<br><br>vs.<br><br>DOUGLAS WEBER, WARDEN OF THE SOUTH DAKOTA STATE PENITENTIARY;<br><br>                 Respondents. | 5:16-CV-05031-JLV<br><br>ORDER |

    Petitioner, Chad Merwin Feist, an inmate at the Mike Durfee State Prison, has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Based upon the record,

    IT IS ORDERED that:

    (1)    the Clerk of Court is directed to serve upon the respondents and the Attorney General of the State of South Dakota a copy of the petition, supplement and this order (Docs. 1, 2 & 4);

    (2)    respondents will file and serve a response to the petition, and submit the state court files for review, within thirty (30) days after receipt of this order.

    (3)    Petitioner shall pay the $5.00 filing fee by July 11, 2016.

    DATED this 20th day of May, 2016.

                                                    BY THE COURT:

                                                    VERONICA L. DUFFY<br>                                                    United States Magistrate Judge